# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lester Selander,<br><br>    Petitioner<br><br>v.<br><br>Acting Warden, et al.,<br><br>    Respondents | 2:16-cv-02477-JAD-NJK<br><br>**Order Granting Motion to Extend Time**<br><br>[ECF No. 5] |

On December 23, 2016, I ordered Lester Selander to show cause by January 23, 2017, why his petition should not be dismissed as untimely. Selander timely moved for an extension of time to respond to my order. Good cause appearing,

IT IS HEREBY ORDERED that Selander's motion to extend time (first request) **[ECF No. 5] is GRANTED** *nunc pro tunc* **to January 23, 2017. Selander must show cause by April 14, 2017, why the petition should not be dismissed as untimely.**

Dated this 14th day of March, 2017.

_____
Jennifer A. Dorsey
United States District Judge