# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Lester Selander, | 2:16-cv-02477-JAD-NJK |
| Petitioner | **Order Extending Time** |
| v. | [ECF No. 13] |
| Acting Warden, et al., | |
| Respondents | |

I previously dismissed pro se petitioner Lester Selander's petition for a writ of habeas corpus under 28 U.S.C. § 2254 as untimely,[1] judgment was entered, and this case was closed.[2] Selander then filed a motion for an extension of time to prepare "his opposition and motion for rehearing."[3] I construe Selander's motion as a request for more time to file a motion for reconsideration. This is Selander's first request for an extension of time, and I find that it is made in good faith and, because this case has already been dismissed, cannot be for the sole purpose of delay.

Accordingly, IT IS HEREBY ORDERED that Selander's time-extension motion **[ECF No. 13] is GRANTED**. Selander has **until March 23, 2018, to file the motion.**

DATED: February 6, 2018.

_____
U.S. District Judge Jennifer A. Dorsey

---

[1] ECF No. 10.

[2] ECF No. 12.

[3] ECF No. 13.